**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CRUCES NORTE, LLC,

    Plaintiff,

v.                                            CV No. 17-856 JCH/CG

FIREMAN'S FUND INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time to File Stipulation for Dismissal*, (Doc. 35), filed September 13, 2018, wherein the parties ask the Court for an extension of the deadline to submit closing documents to September 27, 2018. The Court, having reviewed the Motion and being otherwise fully informed, finds that the parties' request for an extension of time is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **September 27, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE